RECEIVED
IN LAKE CHARLES, LA.
JAN 03 2012
TONY R. MOORE, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| ALEXANDER MELNIKOV | : | DOCKET NO. 11-CV-539 SECTION "P" |
| VS. | : | JUDGE MINALDI |
| ERIC H. HOLDER, ET AL | : | MAGISTRATE JUDGE KAY |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that respondent's Motion to Dismiss be GRANTED.

IT IS FURTHER ORDERED that the petition for writ of habeas corpus be DISMISSED WITHOUT PREJUDICE.

THUS DONE AND SIGNED, in Chambers, at Lake Charles, Louisiana, this 3 day of Jan, 2012.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE